UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

                **Plaintiff,**

vs.                                     Case No. 2:12-cv-00444-FtM-99DNF

JOHN DOES 1 - 18,

                **Defendants.**
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court *sua sponte*. Upon review of the Complaint (Dkt. 1), it appears that the just and expeditious disposition of this case would be best served by severing the Doe Defendants for the reasons stated in this Court's Order in Case No. 8:12-cv-1667-JDW-MAP.[1]

Accordingly,

(1) Plaintiff is ordered to **SHOW CAUSE** by **January 4, 2013** why the Doe Defendants should not be severed and the claims against Does 2-18 dismissed without prejudice.

(2) This matter is **STAYED** until resolution of the show cause order. This includes a stay of all discovery, attempts to discover the identities of the Doe Defendants, and settlement overtures.

(3) Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendants With Summons and Complaint (Dkt. 10) is **DENIED** without prejudice pending resolution of the show cause order.

**DONE AND ORDERED** this 18th day of December, 2012.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] *See Malibu Media, LLC v. John Does 1 - 28*, Case No. 8:12-cv-1667-JDW-MAP, Dkt. 22 (M.D. Fla. Dec. 6, 2012).