UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

vs.                                        Case No. 2:12-cv-00444-FtM-99DNF

JOHN DOES 1 - 18,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Order to Show Cause (Dkt. 11), and Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 1 Only (Dkt. 9). Plaintiff has failed to respond to the Show Cause Order. Accordingly,

1) Pursuant to Federal Rule of Civil Procedure 21, this Court's inherent authority to enforce its orders, *Bethel v. Baldwin Cnty. Bd. of Educ.*, 371 Fed. Appx. 57, 62 (11th Cir. 2010), and for the reasons stated in this Court's Order in Case No. 8:12-cv-1667-JDW-MAP,[1] the claims against John Does 2-17 are SEVERED and DISMISSED without prejudice.

2) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against John Doe 1 are DISMISSED with prejudice.

3) The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 7th day of January, 2013.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] *See Malibu Media, LLC v. John Does 1 - 28*, Case No. 8:12-cv-1667-JDW-MAP, Dkt. 22 (M.D. Fla. Dec. 6, 2012).